UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

MDL 1082
CV94-3323-NM, CV94-5283-NM, CV95-7553-NM
CASE NO. CV 95-8531-NM           DATE: 7/22/02

TITLE: In Re City Equities Group

PRESENT:           HON. NORA M. MANELLA, JUDGE

Judith Hurley            N/A
Deputy Clerk            Court Reporter

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANT
N/A                              N/A

PROCEEDINGS: IN CHAMBERS

On 6/4/02 this matter was terminated, pursuant to settlement. The above referenced cases were all part of the MDL 1082 and should all be closed accordingly. CV94-3323-Pearl Sauerhaft -v- Gary Lefkowitz; CV94-5283-Calvin A. McDonald, et al -v- Gary Lefkowitz; CV 95-7553-Mary Ann Jordan et al -v- Gary Lefkowitz & CV95-8531-Aguimatang Trust el al -v- Gary Lefkowitz.



ENTERED ON ICMS
JUL 23 2002
CV

cc: Counsel
CIVIL MINUTES 11

Initials of Deputy Clerk